```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                  :
                                  :
UNITED STATES OF AMERICA          :           CIVIL 10-909
                                  :
     v.                           :
                                  :           HON. ANNE E. THOMPSON
CHRISTOPHER T KRAMER              :
                                  :
```

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO F.R.Civ.P. 4(m)

PLEASE TAKE NOTICE that the above-captioned action will be dismissed on June 22, 2010 for failure to effect service of the summons and complaint within 120 days of the filing of the complaint unless you establish that service was effected within said 120 days, by filing proof of service with the Clerk of the Court **before** the return date of this notice.  If proof of service is not filed before the return date, counsel are required to appear before the Court, to show good cause why this action should not be dismissed.

                                   WILLIAM T. WALSH, CLERK

                         By
                              /s/ JOHN G. BASILONE
                                   Deputy Clerk


cc:    Judge Thompson